UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JEFFREY KRUGER,**

    Plaintiff,

                                                Civil No. **09-13442**
                                                Hon. John Feikens

    v.

**HARRAH'S ENTERTAINMENT, INC.,**

    Defendant.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

      The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on **2/24/2010**, and noted that no objections were filed by either party,

      **IT IS ORDERED** that the Report is accepted and entered as the findings and conclusions of this court.

                                                                  **s/John Feikens**
                                                                    John Feikens
                                                                    United States District Judge

Dated: March 17, 2010

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on March 17, 2010.

s/Carol Cohron
Deputy Clerk